SCHEDULE "C"

| Items | Cost of production |
|---|---|
| 11 | DM 8.10 per doz., less 41½%, plus cost of cases, as invoiced |
| 12 | " 9.60 " " " " " " " " " " |
| 14 | " 9.40 " " " " " " " " " " |
| 15 | " 9.00 " " " " " " " " " " |
| 16 | " 10.50 " " " " " " " " " " |
| 40 | Invoiced unit price, plus cost of cases, as invoiced |
| 41 | DM 8.80 per doz., less 41½%, plus cost of cases, as invoiced |
| 43 | Invoiced unit price, plus cost of cases, as invoiced |
| 47 | " " " " " " " " " |
| 61 | " " " " " " " " " |
| 62 | " " " " " " " " " |
| 63 | " " " " " " " " " |
| 68 | " " " " " " " " " |
| 511 | " " " " " " " " " |

(Reap. Dec. 8524)

B. & S. PROD. CO. ET AL. *v.* UNITED STATES

Entry No. 715996, etc.

(Decided January 20, 1956)

*Barnes, Richardson & Colburn* for the plaintiffs.
*Warren E. Burger*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: The appeals for reappraisement listed in schedule "A," hereto attached and made a part hereof, have been submitted for decision upon a stipulation of fact entered into by and between counsel for the respective parties hereto.

On the agreed facts I find the foreign value, as that value is defined in section 402 (c) of the Tariff Act of 1930, as amended by section 8 of the Customs Administrative Act of 1938, to be the proper basis for the determination of the value of the items of merchandise enumerated in schedule "B," hereto attached and made a part hereof, and that such values were as set forth in said schedule "B."

I further find the cost of production, as that value is defined in section 402 (f) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the items of merchandise enumerated in schedule "C," hereto attached and made a part hereof, and that such values were as set forth in said schedule "C."

Insofar as the appeals relate to all other merchandise, they are hereby dismissed.

Judgment will be entered accordingly.

# 511

## Schedule "B"

| Items | | | Foreign value |
|---|---|---|---|
| 21 | DM | 7.40 | per doz., less 2%, plus cost of cases, as invoiced |
| 22 | DM | 7.70 | " " " " " " " " " " |
| 24 | DM | 8.10 | " " " " " " " " " " |
| 26 | DM | 9.70 | " " " " " " " " " " |
| 27 | DM | 10.50 | " " " " " " " " " " |
| 28 | DM | 12.00 | " " " " " " " " " " |
| 31 | DM | 10.40 | " " " " " " " " " " |
| 33 | DM | 9.60 | " " " " " " " " " " |
| 81 | DM | 5.90 | " " " " " " " " " " |
| 82 | DM | 5.90 | " " " " " " " " " " |
| 84 | DM | 7.25 | " " " " " " " " " " |
| 99 | DM | 12.80 | " " " " " " " " " " |
| 30/800/4 | DM | 0.80 | " " " " " " " " " " |

## Schedule "C"

| Items | | | Cost of production |
|---|---|---|---|
| 11 | DM | 8.10 | per doz., less 41½%, plus cost of cases, as invoiced |
| 11–Z | " | 8.20 | " " " " " " " " " " |
| 12 | " | 9.60 | " " " " " " " " " " |
| 16 | " | 10.50 | " " " " " " " " " " |
| 40 | " | 8.80 | " " " " " " " " " " |
| 40–Z | " | 8.90 | " " " " " " " " " " |
| 41 | " | 8.80 | " " " " " " " " " " |
| 41–Z | " | 8.90 | " " " " " " " " " " |
| 42 | " | 8.80 | " " " " " " " " " " |
| 42–Z | " | 8.90 | " " " " " " " " " " |
| 43 | " | 10.50 | " " " " " " " " " " |
| 44 | | | Invoiced unit price, plus cost of cases, as invoiced |
| 45 | DM | 9.40 | per doz., less 41½%, plus cost of cases, as invoiced |
| 45–Z | " | 9.50 | " " " " " " " " " " |
| 46 | " | 9.40 | " " " " " " " " " " |
| 47 | | | Invoiced unit price, plus cost of cases, as invoiced |
| 50 | | | " " " " " " " " |
| 62 | DM | 6.90 | per doz., less 41½%, plus cost of cases, as invoiced |
| 63 | " | 7.10 | " " " " " " " " " " |
| 63–Z | " | 7.20 | " " " " " " " " " " |
| 64 | " | 7.00 | " " " " " " " " " " |
| 64–Z | " | 7.10 | " " " " " " " " " " |
| 65 | " | 7.25 | " " " " " " " " " " |
| 65–Z | " | 7.35 | " " " " " " " " " " |
| 66 | " | 6.70 | " " " " " " " " " " |
| 66–Z | " | 6.80 | " " " " " " " " " " |
| 67 | " | 6.50 | " " " " " " " " " " |
| 68 | " | 8.60 | " " " " " " " " " " |
| 69 | " | 6.50 | " " " " " " " " " " |
| 70 | " | 6.70 | " " " " " " " " " " |
| 71 | " | 7.70 | " " " " " " " " " " |
| 72 | " | 6.25 | " " " " " " " " " " |
| 72–Z | " | 6.35 | " " " " " " " " " " |
| 511 | | | Invoiced unit price, plus cost of cases, as invoiced |
| 511/2 | | | " " " " " " " " |